■ In the Matter of WILLIAM THOMPSON, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.—Appeal from a judgment of the Supreme Court (Cheeseman, J.), entered September 19, 1990 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel respondents to recalculate his term of imprisonment.

Upon petitioner's conviction for a subsequent crime, his parole was revoked by operation of law *(see,* Executive Law § 259-i [3] [d] [iii]; *Matter of Froats v Rodriguez,* 157 AD2d 981, *lv denied* 75 NY2d 710). He now claims that the revocation

was improper because he was not "notified in writing that his release [was] revoked", as required by Executive Law § 259-i (3) (d) (iii). However, the record shows that petitioner did in fact receive sufficient written notice of the revocation and any lack of "official" notification in no way prejudiced him *(see, People ex rel. Knowles v Smith,* 54 NY2d 259, 265; *Matter of Cotto v LeFevre,* 149 AD2d 838). Petitioner's remaining contentions have been considered and found to be without merit.

Judgment affirmed, without costs. Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.